UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Fernando A.-R., | Case No. 26-CV-1639 (PJS/EMB) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, Attorney General; Kristi Noem, Secretary, U.S. Department of Homeland Security; Todd Lyons, Acting Director of Immigration and Customs Enforcement; David Easterwood, Acting Director, St. Paul Field Office, Immigration and Customs Enforcement; and Ryan Shea, Sheriff of Freeborn County, | |
| Respondents. | |

This matter is before the Court for review of the March 4, 2026 Report and Recommendation of United States Magistrate Judge Elsa M. Bullard, who recommends granting Fernando A.-R.'s habeas petition and ordering his release. Because no party timely objected, the Court reviews the Report and Recommendation for clear error. *See Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam); Fed. R. Civ. P. 72(b)(2). Finding none, the Court ADOPTS the Report and Recommendation, except that the Court will afford

respondents 48 hours to release Fernando A-R and will not require filing of a status report.

## ORDER

IT IS HEREBY ORDERED that:

1. Fernando A.-R.'s Verified Petition for Writ of Habeas Corpus (Dkt. No. 1) is GRANTED;

2. Respondents are ORDERED to release Fernando A.-R.:

    a. Inside the state of Minnesota;

    b. Within 48 hours after entry of this order;

    c. At a safe time and place communicated in advance to counsel; and

    d. After returning to Fernando A-R all of the personal effects that he had in his possession at the time of his arrest, such as a cell phone, identification, and keys.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date:   March 8, 2026, at 5:30 pm      /s/ Patrick J. Schiltz
                                                      Patrick J. Schiltz, Chief Judge
                                                      United States District Court